UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BOYD ADAMS** | **CASE NO. 6:24-CV-01222 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **POLICE DEPT. OF KAPLAN, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation ("R&R"). After an independent review of the record, and noting the absence of any objections, the Court concludes the Magistrate Judge's R&R is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, consistent with the R&R, all claims asserted in this matter are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted.

THUS DONE in Chambers on this 24th day of February, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE